# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHIRLEY LLOYD,** *on behalf of herself and all others similarly situated* | § § § § | **PLAINTIFF** |
| **v.** | § | **Civil No. 1:19cv351-HSO-BWR** |
| | § § | |
| **KEESLER FEDERAL CREDIT UNION** | § § | **DEFENDANT** |

*consolidated with*

| | | |
|---|---|---|
| **VICTORIA MILLER,** *on behalf of herself and all others similarly situated* | § § § § | **PLAINTIFF** |
| **v.** | § | **Civil No. 1:21cv326-HSO-BWR** |
| | § § | |
| **KEESLER FEDERAL CREDIT UNION** | § § | **DEFENDANT** |

## FINAL JUDGMENT

In accordance with the Final Approval Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil actions are dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 2nd day of August, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE